BERTRAM H. SIEGELTUCH et al., Respondents, v. GOLDEN DEVELOPMENT, INC., Appellant, et al., Defendant.—

The deleted decretal paragraphs are too drastic under the doctrine of *Levy* v. *Schreyer* (177 N. Y. 293). Findings of fact and conclusions of law inconsistent herewith are reversed and new findings and conclusions will be made. Carswell, Johnston, Taylor and Lewis, JJ., concur; Adel, J., concurs in the result. Settle order on notice within ten days from date of this decision.